```
 1  KEVIN V. RYAN, CSBN 118321
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    EDWARD A. OLSEN, CSBN 214150
 4  Assistant United States Attorney

 5      450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102
 6      Telephone: (415) 436-6915
        FAX: (415) 436-7169
 7
    Attorneys for Defendants
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VICTORIA YUEN-YEE OUYANG, ) <br> A46-154-793, ) <br>   ) <br>     Plaintiff, ) <br>   ) <br>     v. ) <br>   ) <br> DAVID STILL, District Director, San ) <br> Francisco District Office, United States ) <br> Citizenship and Immigration Services; ) <br> EDUARDO AGUIRRE, Director Bureau ) <br> of Citizenship and Immigration Services; ) <br> MICHAEL CHERTOFF, Secretary ) <br> Department of Homeland Security, ) <br> General of the United States, ) <br>   ) <br>     Defendants. ) <br> _____ ) | No. C 05-1809-JSW <br><br> **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

The plaintiff, by and through her attorney of record, and defendants, by and through their attorneys of record, hereby stipulate to dismiss the above-captioned case in light of the fact that, on July 29, 2005, the United States Citizenship and Immigration Services ("USCIS") approved the plaintiff's application for adjustment of status. A copy of the USCIS's decision is attached as Exhibit A.

The parties shall bear their own costs and fees.

STIPULATION TO DISMISS; AND [PROPOSED] ORDER
C 05-1809-JSW                                    1

Date: July 29, 2005                                             Respectfully submitted,

                                                     KEVIN V. RYAN  
                                                   United States Attorney

                                                   /s/  
                                                 EDWARD A. OLSEN[1]  
                                                 Assistant United States Attorney  
                                                 Attorneys for Defendants

Date: July 29, 2005                                             /s/  
                                                 NANCY FELLOM  
                                                 Law Office of Fellom & Solorio  
                                                 Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: ~~July ___, 2005~~ August 1, 2005                    /s/ Jeffrey S. White  
                                                            JEFFREY S. WHITE  
                                                            United States District Judge

---

[1] I, Edward A. Olsen, attest that both Attorney Fellom and I have signed this stipulation and will produce the original signed copies upon request.

STIPULATION TO DISMISS; AND [~~PROPOSED~~] ORDER  
C 05-1809-JSW                                     2